**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 21, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00363-CV

---

## LANCE CHRISTOPHER KASSAB AND DAVID ERIC KASSAB, Appellants

## V.

## JIMMY VAN KNIGHTON, II A/K/A JAY V. KNIGHTON, II, INDIVIDUALLY AND STONE & ASSOCIATES N/K/A KNIGHTON & STONE, PLLC, Appellees

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2011-75990A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 23, 2015. On May 12, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.